IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES D. HELLOMS, ADC #146908**                                                                 **PLAINTIFF**

**v.**                                    **No: 5:19-cv-00146 BRW-PSH**

**IVORY T. McDANIEL,** *et al.*                                                                     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation (Doc. No. 43) submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, Defendants' motion for partial summary judgment (Doc. No. 32) is granted;

Helloms' retaliation claim against the Defendants and excessive force claims relating to an incident on October 31, 2018 are dismissed without prejudice for failure to exhaust available administrative remedies;

Helloms' excessive force claims relating to December 19, 2018 and January 15, 2019, are allowed to proceed as to defendant McDaniel;

Helloms' excessive force claims relating to February 12, 2019 at 7:54 a.m. and 7:57 a.m., are allowed to proceed as to defendants McDaniel, Vick, and Lugo; and

Any other claims are dismissed without prejudice for failure to exhaust available administrative remedies.

IT IS SO ORDERED, this 8th day of July, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE