**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHARLES D. HELLOMS**                                                                          **PLAINTIFF**
**ADC #146908**

**v.**                       **No: 5:19-cv-00146 BRW-PSH**

**IVORY T. McDANIEL,** *et al.*                                                 **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, it is hereby ordered that the Defendants' motion to dismiss (Doc. No. 73) is denied.

IT IS SO ORDERED this <u>4th</u> day of August, 2021.

                                                                  <u>Billy Roy Wilson</u>
                                                                  UNITED STATES DISTRICT JUDGE